```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
NEW YORK STATE URBAN DEVELOPMENT           :   09 CIV. 1902 (DLC)
CORPORATION d/b/a EMPIRE STATE             :
DEVELOPMENT CORPORATION,                   :        ORDER
                                           :
                Plaintiff,                 :
                                           :
        -v-                                :
                                           :
RELIABLE CATERING SERVICES, INC.,          :
CALVIN COPELAND and RITA COPELAND a/k/a:
MARGARET COPELAND (deceased),              :
                                           :
                Defendants.                :
                                           :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09

DENISE COTE, District Judge:

　　IT IS HEREBY ORDERED that the June 4, 2009 initial pretrial conference is rescheduled to **June 3, 2009** at **2:30 p.m.**

Dated:　　New York, New York
　　　　　May 6, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge