USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                            :
NEW YORK STATE URBAN DEVELOPMENT      :
CORPORATION d/b/a EMPIRE STATE       :
DEVELOPMENT CORPORATION,             :     09 Civ. 1902 (DLC)
                    Plaintiff,    :
                                   :        ORDER
         -v-                    :
                                   :
RELIABLE CATERING SERVICES, INC.,   :
CALVIN COPELAND and RITA COPELAND a/k/a :
MARGARET COPELAND,                  :
                    Defendants. :
------------------------------------------X

DENISE COTE, District Judge:

    On March 2, 2009, defendants filed a notice of removal in the above-captioned matter.  On March 27, plaintiff moved to remand this matter back to New York state court and for costs, and attorney's fees pursuant to 28 U.S.C. § 1447(c).  The motion was fully briefed on May 26, 2009, and a conference was held with both parties on the record today.  For the reasons stated on the record, it is hereby

    ORDERED that this action is remanded to the Supreme Court of the State of New York.  Plaintiff's request for costs and fees incurred as a result of removal is denied.  The Clerk of

Court shall close the case.

    SO ORDERED:

Dated:    New York, New York
          June 3, 2009

                                        DENISE COTE
                                United States District Judge